FILED

SEP - 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Arnold R. Levinson (State Bar No. 066583)
Rebecca Grey (State Bar No. 194940)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone No.: (415) 433-8000
Facsimile No.: (415) 433-4816
Attorneys for Plaintiff,
ALBERT TIMOTHY HARRIS

Horace W. Green (State Bar No. 115699)
C. Mark Humbert (State Bar No. 111093)
Joanne M. Ryan (State Bar No. 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, CA 94104
415/837-5433
Fax: 415/837-0127
Attorneys for Defendants,
FORTIS BENEFITS INSURANCE COMPANY; LEGACY MARKETING GROUP LONG TERM DISABILITY PLAN; REGAN HOLDING CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

ALBERT TIMOTHY HARRIS,

Plaintiff,

v.

FORTIS BENEFITS INSURANCE COMPANY; LEGACY MARKETING GROUP LONG TERM DISABILITY PLAN; REGAN HOLDING CORPORATION LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,

Defendants.

Case No. 05-00276 MHP

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Plaintiff TIMOTHY HARRIS and Defendants FORTIS BENEFITS INSURANCE COMPANY; LEGACY MARKETING GROUP LONG TERM DISABILITY PLAN; REGAN HOLDING CORPORATION LONG TERM DISABILITY PLAN, by and through their respective counsel of record, hereby stipulate that the Case Management Conference in this action, currently scheduled for September 12, 2005 be continued to October 17, 2005. As is more fully set forth in the Declaration of Rebecca Grey filed concurrently herewith, this Stipulation is based on the continuance of the mediation of this matter from August 18, 2005 to October 6, 2005.

Respectfully submitted,

Dated: September 1, 2005

PILLSBURY & LEVINSON, LLP

By: /s/ Rebecca Grey
Rebecca Grey
Attorney for Plaintiff,
ALBERT TIMOTHY HARRIS

Respectfully submitted,

Dated: September 1 2005

GREEN & HUMBERT

By: /s/ Horace W. Green
Horace W. Green
Attorney for Defendants,
FORTIS BENEFITS INSURANCE COMPANY; LEGACY MARKETING GROUP LONG TERM DISABILITY PLAN; REGAN HOLDING CORPORATION LONG TERM DISABILITY PLAN

**ORDER**

Having reviewed the Stipulation of Counsel and the accompanying Declaration of Rebecca Grey, and good cause appearing,

**IT IS HEREBY ORDERED**

that the Case Management Conference in this matter be, and hereby is, continued from September 12, 2005 to October 17, 2005 at 3:00 p.m. The parties shall file a Joint Case Management Conference Statement indicating the status of the case (if it is not settled) no later than October 11, 2005.

Dated: 9/6/05

Marilyn Hall Patel
United States District Judge