1  Horace W. Green (SBN: 115699)
   Joanne M. Ryan (SBN: 199193)
2  GREEN & HUMBERT
   220 Montgomery Street, Suite 438
3  San Francisco, California 94104
   Telephone: (415) 837-5433
4  Facsimile:  (415) 837-0127

5  Attorneys for Defendants
   FORTIS BENEFITS INSURANCE
6  COMPANY, LEGACY MARKETING
   GROUP LONG TERM DISABILITY
7  PLAN, and REGAN HOLDING
   CORPORATION LONGTERM
8  DISABILITY PLAN

9
   Arnold R. Levinson (SBN: 66583)
10 Rebecca Grey (SBN: 194940)
   PILLSBURY & LEVINSON LLP
11 The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
12 San Francisco, California 94111
   Telephone:   (415) 433-8000
13 Facsimile:    (415) 433-4816

14 Attorneys for Plaintiff
   ALBERT TIMOTHY HARRIS

15

16                    **UNITED STATES DISTRICT COURT**

17                  **NORTHERN DISTRICT OF CALIFORNIA**

18

19 ALBERT TIMOTHY HARRIS,            )  Case No. C 05-00276 MHP
                                     )
20              Plaintiff,           )  **STIPULATION AND ORDER FOR**
                                     )  **DISMISSAL OF ACTION WITH**
21        v.                         )  **PREJUDICE**
                                     )
22 FORTIS BENEFITS INSURANCE         )
   COMPANY; LEGACY MARKETING         )
23 GROUP LONG TERM DISABILITY        )
   PLAN; REGAN HOLDING               )
24 CORPORATION LONG-TERM             )
   DISABILITY PLAN, and DOES 1       )
25 through 20, inclusive,            )
                                     )
26              Defendants.          )
   _____   )
27

28

_____
Stipulation and Order for Dismissal of Action with Prejudice - Case No. C 05-00276 MHP

1      Plaintiff ALBERT TIMOTHY HARRIS ("Plaintiff") and Defendants FORTIS

2  BENEFITS INSURANCE COMPANY, LEGACY MARKETING GROUP LONG TERM

3  DISABILITY PLAN, and REGAN HOLDING CORPORATION LONG-TERM DISABILITY

4  PLAN ("Defendants") by and through their respective counsel of record, hereby stipulate

5  that this matter be dismissed with prejudice, each party to bear its own costs of suit and

6  attorney's fees.

7

8

9  DATE:  October 17, 2005         GREEN & HUMBERT

10

11                        By:  /S/ Horace Green

12                           HORACE W. GREEN
                              Attorneys for Defendants

13                           Fortis Benefits Insurance Company,
                           Legacy Marketing Group Long Term

14                           Disability Plan, and Regan Holding
                           Corporation Long Term Disability Plan

15  DATE:  October 17, 2005

16

17                        By: /S/ Rebecca Grey

18                         REBECCA GREY
                           Attorney for Plaintiff
                         Albert Timothy Harris

19

20

21

22

23  **ORDER**

24      IT IS SO ORDERED.

25

26  DATED: October 18, 2005

27                           _____
                           MARILYN HALL PATEL
                           United States District Judge

28